(June 23, 1993)

■ In the Matter of WILLIAM A. BRENNER, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. [598 NYS2d 1013] —Motion by respondent granted, without costs, only to the extent that the effective date of respondent's suspension is postponed until July 23, 1993.

Motion in all other respects denied.

Mikoll, J. P., Yesawich Jr., Levine, Mercure and Casey, JJ., concur.